UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ICS NORTH AMERICA CORP.,

    Plaintiff,                           No. 19-11521

v.                                      District Judge Paul D. Borman
                                         Magistrate Judge R. Steven Whalen

COLLAGE.COM, INC.,

    Defendant.
                                /

## ORDER

For the reasons and under the terms stated on the record on October 10, 2019, Plaintiff's Motion for Leave to Conduct Discovery Pursuant to Fed.R.Civ.P. 56(d) [ECF No. 14] is GRANTED IN PART.

Plaintiff and Defendant may both conduct discovery limited to the specific breach of contract/force majeure issues raised in Defendant's motion to dismiss and/or for summary judgment [ECF No. 9]. All such discovery will be completed within 60 days of the date of this Order.

IT IS SO ORDERED.

                                                                s/R. Steven Whalen
                                                                 R. STEVEN WHALEN
                                                                 UNITED STATES MAGISTRATE JUDGE

Dated: October 15, 2019

## CERTIFICATE OF SERVICE

I hereby certify on October 15, 2019, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on October 15, 2019.